UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

S<small>HAWN</small> P<small>AUL</small> G<small>ROSSMAN</small>,
#621120,

        Plaintiff,

                            Case No. 1:23-cv-1204

v.

                            Honorable Phillip J. Green

P.C. A<small>LLEN</small>, et al.,

        Defendants.
_____/

## JUDGMENT

Consistent with the Opinion and Order filed, this day, Defendants' Motion for Summary Judgment (ECF No. 34) is **GRANTED** and this action terminated.

Dated:   February 3, 2026            /s/  Phillip J. Green
                                                                   PHILLIP J. GREEN
                                                                   United States Magistrate Judge